IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JANIELE VON EVELYN HAMDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:20-cv-00236 |
| | ) | |
| ELLEN DENNY, | ) | |
| ROBERT F. GRAHAM, | ) | |
| MICHAEL BROWN, | ) | |
| and | ) | |
| ERIC BUCEY, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendants Denny, Graham, and Brown's motion to dismiss (Dkt. No. 27) and defendant Bucey's motion to dismiss (Dkt. No. 25) are GRANTED as to Counts III, V, and VI, and DENIED as to Counts I, II, and IV.

The clerk shall provide a copy of this order and the opinion to all counsel of record.

Entered: March 26, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge